# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA



| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>PAULINO COTA-VALDEZ (1),<br><br>                    Defendant. | CASE NO. 92CR0417H<br><br>**JUDGMENT OF DISMISSAL** |

     IT APPEARING that the defendant is now entitled to be discharged for the reason that:

\_\_\_   an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

\_\_\_   the Court has dismissed the case for unnecessary delay; or

_X_   the Court has granted the motion of the Government for dismissal without prejudice; or

\_\_\_   the Court has granted the motion of the defendant for a judgment of acquittal; or

\_\_\_   a jury has been waived, and the Court has found the defendant not guilty; or

\_\_\_   the jury has returned its verdict, finding the defendant not guilty;

_X_   of the offenses as charged in the two count Indictment: 21 USC 952 and 960 as charged in Count 1 and 21 USC 841(a)(1) as charged in Count 2.

     IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 8-10-11

MARILYN L. HUFF
UNITED STATES DISTRICT JUDGE